### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

GREGORY L. TROGDON
REG #14640-045                                                                                      PLAINTIFF

V.                                          2:05CV00311 WRW/JTR

LINDA SANDERS, Warden,
FCI-Forrest City, et al.                                                                            DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.      Plaintiff's Motion for Reconsideration (docket entry #44) is GRANTED.

2.      The September 6, 2006 Order of Dismissal (docket entry #39) and Judgment (docket entry #40) are VACATED, and this case is REOPENED.

3.      Defendants' Motion for Summary Judgment (docket entry #22) is referred to United States Magistrate Judge J. Thomas Ray for recommended disposition.

Dated this 17th day of October, 2006.

                                                          /s/Wm. R. Wilson, Jr.
                                                          UNITED STATES DISTRICT JUDGE