# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

GREGORY L. TROGDON
REG #14640-045                                                                                       PLAINTIFF

V.                                    2:05CV00311 WRW/JTR

LINDA SANDERS, Warden,
FCI-Forrest City, et al.                                                                             DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.     Defendants' Motion for Summary Judgment (docket entry #23) is GRANTED, and this case is DISMISSED, WITH PREJUDICE.

2.     The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 21st day of February, 2007.

                                                            /s/Wm. R. Wilson, Jr.
                                                    UNITED STATES DISTRICT JUDGE